**STATE OF LOUISIANA**
**COURT OF APPEAL, FIRST CIRCUIT**


RE:   Docket Number - **2023 CA 1232**


Roger Gilmore

Versus

Holifield Sportsman Properties, LLC and Wisdom Field, LLC

20th Judicial District Court
West Feliciana Parish Case No. 24561


On Application for Rehearing filed on   06/28/2024 by Holifield Sportsman Properties, LLC.

Rehearing _____Denied_____


_____
Chief Judge John Michael Guidry

_____
Judge Wayne Ray Chutz

_____
Judge Walter I. Lanier III


Date _____July 8, 2024_____

_____
Rodd Naquin, Clerk